IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**MATTHEW CHRISTOPHER ARNOLD**                                                                                   **PLAINTIFF**
**ADC #553273**

v.                              Case No. 3:23-CV-00232-LPR
                                Case No. 3:23-CV-00234-LPR
                                Case No. 3:23-CV-00235-LPR

**TIM WEAVER, Judge, 16th Judicial**
**4th Division; ERIC BRAY, Prosecutor,**
**Fulton County; FULTON COUNTY**
**SHERIFF'S OFFICE**                                                                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the Order entered today, it is CONSIDERED, ORDERED, and ADJUDGED that these cases are hereby DISMISSED without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment or any related Orders would not be taken in good faith.

IT IS SO ADJUDGED this 19th day of January 2024.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE